NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT L. HUNT,**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2009-7134

---

Petition for review of the Court of Appeals for Veterans Claims No. 07-2587, Judge Lawrence B. Hagel

---

Decided: June 15, 2010

---

VIRGINIA A. GIRARD-BRADY, ABS Legal Advocates, P.A., of Lawrence, Kansas, argued for claimant-appellant.

SAMEER YERAWADEKAR, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, Assistant Director. Of coun-

sel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and DANA RAFFAELLI, Attorney, United States Department of Veterans Affairs, Office of the General Counsel, of Washington, DC.

———————————

Before LOURIE, LINN, and DYK, *Circuit Judges*.

PER CURIAM.

Hunt appeals from the decision of the Court of Appeals for Veterans Claims ("Veterans Court") affirming the decision of the Board of Veterans' Appeals ("the Board") denying entitlement to service connection for a psychiatric disability. *Hunt v. Shinseki*, No. 07-2587 (Vet. App. July 1, 2009). Hunt argues that the Veterans Court erred in its interpretation of 38 U.S.C. § 7104(d)(1) by accepting the reasons and bases set forth by the Board for rejecting certain evidence and by not independently reviewing those reasons for adequacy and justification. In effect, Hunt is asking this court to review factual determinations. Such review is outside the scope of our jurisdiction. 38 U.S.C. § 7292(d)(2). Accordingly, we dismiss.

**DISMISSED**